IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 8:06CR288 |
| CORY RICHARDS, | ) **SCHEDULING ORDER** |
| Defendant. | ) |

IT IS ORDERED that the following is set for hearing on **November 17, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

- Bond Hearing

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 13th day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge